EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br><br>Rebecca Díaz Guerrero | 2021 TSPR 137<br><br>208 DPR \_\_\_\_\_ |

Número del Caso:  TS-12,040


Fecha:  22 de septiembre de 2021


Abogada de la parte peticionaria:

     Por derecho propio


Materia:  Reinstalación al ejercicio de la abogacía.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| *In re*: | |
| Rebecca Díaz Guerrero | TS-12,040 |

**RESOLUCIÓN**

En San Juan, Puerto Rico, a 22 de septiembre de 2021.

Examinada la *Moción Solicitando Reinstalación al Ejercicio de la Abogacía* presentada por la Sra. Rebecca Díaz Guerrero, el Tribunal provee ha lugar. En consecuencia, **se reinstala** a la señora Díaz Guerrero solamente al ejercicio de la abogacía. Además, se le concede un **término final e improrrogable de veinte (20) días**, contados a partir de la notificación de esta Resolución, para finiquitar el proceso de subsanación de su obra protocolar incautada.

También, se le apercibe a la licenciada Díaz Guerrero, que, de incumplir con esta orden, estaríamos refiriendo el asunto a un procedimiento de desacato civil ante el Tribunal de Primera Instancia.

Notifíquese inmediatamente.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. El Juez Asociado señor Estrella Martínez no intervino.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo